360 P.3d 92

STATE of Arizona

v.

Leland Joseph JACOT.

No. CR–14–0263–PR.

Supreme Court of Arizona.

Sept. 1, 2015.

¶ 1 ORDERED: Petition for Review to Arizona Supreme Court = DENIED.

¶ 2 FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.